Robert S. Williams, #73172
WILLIAMS & WILLIAMS, INC.
Attorneys At Law
2441 G Street, Suite A
Bakersfield, CA 93301
(661) 323-7933
(Fax) 323-9855
wwlaw@pacbell.net

Attorney for Debtors,
Arturo and Berenice Flores
504 Acacia Avenue
Bakersfield, CA 93305

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re | ) | Chapter 13 |
|---|---|---|
| | ) | Case #15-11859-B-13K |
| ARTURO GUERRA FLORES, | ) | D.C. #RSW-2 |
| SS #XXX-XX-9753, | ) | |
| | ) | Date: October 6, 2016 |
| BERENICE MEJIA FLORES, | ) | Time: 9:00 a.m. |
| SS #XXX-XX-9757, | ) | Place: 510 19th Street |
| | ) | Bakersfield, CA |
| Debtors. | ) | Judge Lastreto |

**MOTION TO CONFIRM DEBTORS'
SECOND MODIFIED CHAPTER 13 PLAN**

TO ALL CREDITORS:

   COME NOW, ARTURO FLORES and BERENICE FLORES, DEBTORS HEREIN, and respectfully ask this Court to confirm their Second Modified Chapter 13 Plan as follows:

   1.   Debtors filed Chapter 13 on 05/07/15, and the plan was confirmed on 09/01/15.

   2.   A copy of the Second Modified Chapter 13 Plan is being sent to all creditors with this notice. The Debtors will seek Confirmation of their Second Modified Chapter 13 Plan.

   3.   The current plan provided for a total payment of $17,330.40 through January 2016, and beginning February 2016, monthly payments of $2,273.00 through the end of the plan, paying

a 100% % dividend to unsecured creditors on their filed and allowed claims.

4.  The modified plan provides for a total payment of $28,695.40 through July 2016, and beginning August 2016, monthly payments of $2,531.00 through the end of the plan, still paying a 100% dividend to unsecured creditors on their filed and allowed claims.

5.  This modification is necessary because Debtors got behind with their plan payments to the Trustee, as described in Debtor's declaration. Debtors have filed an amended budget showing that they are able to afford the new payment amount each month.

6.  The modified plan complies with all the provisions of Bankruptcy Code §1325(a), as described in the Debtor's and the attorney's declarations.

WHEREFORE, Debtors pray that this Court confirm their Second Modified Chapter 13 Plan, and for such other and further relief as is just.

DATED: August 23, 2016

/s/ Robert S. Williams
ROBERT S. WILLIAMS,
Attorney for Debtors